UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LALEM YESHIWAS MENBERU,

                                    Petitioner,

v.

WARDEN JEREMY CASEY,

                                    Respondent.

Case No.:  3:26-cv-2341-CAB-JLB

**ORDER:**
**(1) SUMMARILY DISMISSING PETITION; and**

**(2) DENYING AS MOOT MOTION TO APPOINT COUNSEL, [Doc. No. 2], and FOR LEAVE TO PROCEED IN FORMA PAUPERIS, [Doc. No. 3]**

Petitioner Lalem Yeshiwas Menberu, an immigration detainee proceeding pro se, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1.]  This is Petitioner's second habeas petition.  The Court previously received and ruled on his first petition in Case. No. 3:26-CV-2015-CAB-JLB.  In that case, the Court ordered that Petitioner receive an individualized bond hearing by April 24, 2026.  [*Id.* at Doc. No. 6.]

///

///

///

///

1

A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g., Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023). Here, the Petition provides no new information or grounds for relief that are not raised in the previous petition. Therefore, the Court **DISMISSES** the Petition and **DENIES AS MOOT** the related motions to appoint counsel and to proceed in forma pauperis. [Doc. Nos. 2, 3.]

It is **SO ORDERED**.

Dated: April 30, 2026

Hon. Cathy Ann Bencivengo
United States District Judge